UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| KENNETH WARREN GEBHARDT,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, *Commissioner of Social Security Administration*,<br><br>Defendant. | Case No. CV-19-42-GF-BMM-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED: Motion for Summary Judgment [13] is GRANTED. The Commissioner's final decision denying Gebhardt's claims for disability benefits is REMANDED for further proceedings consistent with this Order.

Dated this 31st day of August, 2020.

TYLER P. GILMAN, CLERK

By: /s/ M. Stewart
M. Stewart, Deputy Clerk